

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00337-CR & 04-19-0338-CR

Ronald Edward **WILSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6020, 2018CR1609
Honorable Kevin M. O'Connell, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file Appellants' brief is this date GRANTED. Time is extended to December 27, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

cc:   Dean Diachin                                Joe D. Gonzales
      Bexar County Public Defender's Office        District Attorney, Bexar County
      101 W. Nueva, Suite 370                       101 W. Nueva St., Suite 370
      San Antonio, TX 78205                         San Antonio, TX 78205